Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IN RE: §
§
§
AVG WEST, LLC, § CASE NO. 20-43414-mxm-11
§
§
DEBTOR. § CHAPTER 11

## BALLOT TALLY

AVG West, LLC (the "Debtor"), submits the following tally of Ballots received in connection with confirmation of its Plan of Reorganization:

**Class 1** Priority Unsecured Claims other than Priority Tax Claims

No votes received.

**Class 2** Allowed Secured Claims of Polk County Tax Collector

No votes received.

**Class 3** Allowed Secured Claim of GSM Polk County, LLC

No votes received.

**Class 4** General Unsecured Claims

HR Sterling voted to accept the Plan. The amount of HR Sterling's claim is $26,400.00.

MBI Companies, Inc. f/k/a Michael Brady, Inc. voted to accept the Plan. The amount of MBI Companies, Inc.'s claim is $271,900.00.

Class 4 voted to accept the Plan.

**Class 5**         Insider Claims.

JMJ Development voted to <u>accept</u> the Plan. The amount of JMJ Development's claim is $66,000.00.

Class 5 votes not counted.

**Class 6**         Equity Interests.

No votes received.

Dated: May 28, 2021.

        Respectfully submitted,

        */s/ Joyce W. Lindauer*
        Joyce W. Lindauer
        State Bar No. 21555700
        Kerry S. Alleyne
        State Bar No. 24066090
        Guy H. Holman
        State Bar No. 24095171
        Joyce W. Lindauer Attorney, PLLC
        1412 Main Street, Suite 500
        Dallas, Texas 75202
        Telephone: (972) 503-4033
        Facsimile: (972) 503-4034
        ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 28, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case.

        */s/ Joyce W. Lindauer*
        Joyce W. Lindauer